RECEIVED
IN LAKE CHARLES, LA

OCT 2 3 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| UNITED STATES OF AMERICA | * | CRIMINAL NO. 05-20044-01 |
|---|---|---|
| | * | |
| V. | * | |
| | * | JUDGE MINALDI |
| EDDIE JAMES SUTTON | * | MAGISTRATE JUDGE WILSON |

## FINAL JUDGMENT OF FORFEITURE

WHEREAS, on July 25, 2006, this Court entered an Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853, based upon the Plea Agreement and Consent Decree of Forfeiture entered by the defendant;

AND WHEREAS, on August 25, September 1 and 8 of 2006, the United States published in The Lake Charles American Press, a Lake Charles newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for any of the properties described in this Court's July 25, 2006 Order of Forfeiture;

IT IS HEREBY ORDERED, ADJUDGED and DECREED:

A. That all right, title and interest to:

(1) $10,020.00 in United States Currency seized from the defendant at the time of his arrest

which the defendant, EDDIE JAMES SUTTON, stipulated was proceeds traceable to the drug trafficking violations to which he pled guilty, is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law by the U.S. Marshal for the Western District of Louisiana.

The Clerk is hereby directed to send copies of this Order to all counsel of record and the United States Marshal.

SO ORDERED this 23 day of October 2006 at Lafayette, Louisiana.

PATRICIA MINALDI
United States District Judge